THE PEOPLE *against* MARSH, Sheriff of *Onondaga.*

Where the original plaintiff is a non-resident of this state, his attorney is liable to pay the costs of setting aside an attachment for irregularity, granted against sheriff for not bringing in the body.

The people are merely a nominal party, and the case is within the spirit of the 13th rule of *January* term, 1799.

IN *October* term, 1823, an attachment was granted against the defendant for not bringing in the bodies of *Wallace* and *Baker*, in a cause at the suit of *Butterfield*, which, at the last *February* term, was set aside as irregular, with costs. The plaintiff, *Butterfield*, being a non-resident of the state,

*John Porter*, now moved for a rule requiring his attornies to pay the costs, within the 13th general rule of *January* term, 1799.

*J. Platt*, contra, said the application certainly does not come within the terms of that rule. The plaintiffs in *this* suit are not non-residents.

*Curia.* True, but the *people* are a *nominal* party. The suit is *really* in favor of *Butterfield*; and the defendant comes within the spirit of the rule.

                                   Motion granted.